IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERTO JUAREZ,

     Plaintiff,                   No. CIV S-05-0383 LKK KJM P

   vs.

JEANNE WOODFORD, et al.,

     Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983. Plaintiff has not, however, filed a complete application to proceed in forma pauperis or paid the required filing fee.[1] <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate application to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of

---

[1] On May 13, 2005, plaintiff submitted an application to proceed in forma pauperis. But the court did not receive a completed first page of the application. Also, the "certificate" portion appearing on the second page of the application form, which must be completed by a officer at plaintiff's place of incarceration, is not filled in.

1

1 Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: June 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
juar0383.3a