IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERTO JUAREZ,

    Plaintiff,                       No. CIV S-05-0383 LKK KJM P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                ORDER

_____/

        Plaintiff has requested an extension of time to file a request to proceed in forma pauperis or to pay the appropriate filing fee in response to the court's order of July 1, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 25, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a request to proceed in forma pauperis or to pay the appropriate filing fee.

DATED: October 3, 2005.

                                                          _____
                                                            UNITED STATES MAGISTRATE JUDGE

kf juar0383.36