IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERTO JUAREZ,

      Plaintiff,                        No. CIV S-05-0383 LKK KJM P

     vs.

JEANNE WOODFORD, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On October 4, 2005, the court granted plaintiff an extension of time to file a completed request to proceed in forma pauperis, or to submit the filing fee for this action. Plaintiff has done neither, although he has filed a letter suggesting that correctional staff is not forwarding a completed form to the court as he has requested. Good cause appearing, the court will grant plaintiff one final thirty-day extension to file an IFP request or to submit the filing fee. If plaintiff does not file an IFP request or pay the filing fee within thirty days, the court will recommend that this action be dismissed.

/////

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court or the $150.00 filing fee for this action;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: January 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
juar0383.3(2)

2