IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERTO JUAREZ,

     Plaintiff,                      No. CIV S-05-0383 LKK KJM P

    vs.

JEANNE WOODFORD, et al.,

     Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed July 1, 2005 plaintiff was ordered to submit an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. On January 30, 2006, the court granted plaintiff thirty additional days to comply with the July 1, 2005 order.

        On February 24, 2006, plaintiff filed a request to proceed in forma pauperis but plaintiff failed to have the "certificate" portion completed by an officer at his institution. Plaintiff was instructed in the July 1, 2005 order that the "certificate" portion must be completed.

        In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1  days after being served with these findings and recommendations, any party may file written
2  objections with the court and serve a copy on all parties.  Such a document should be captioned
3  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
4  failure to file objections within the specified time may waive the right to appeal the District
5  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6  DATED:  April 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
juar0383.fifp